**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SILVIA GOMEZ DE ARENAS, | No. 08-72752 |
| Petitioner, | Agency No. A074-817-979 |
| v. | |
| MICHAEL B. MUKASEY, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Silvia Gomez De Arenas, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

We review for substantial evidence the agency's factual findings, and review de

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

novo questions of law. *Rodriguez-Echeverria v. Mukasey*, 534 F.3d 1047, 1050 (9th Cir. 2008). We deny the petition for review.

Substantial evidence supports the agency's determination that Gomez De Arenas knowingly encouraged and assisted another alien in seeking entry to the United States in violation of law. *See* 8 U.S.C. § 1182(a)(6)(E)(i); *Altamirano v. Gonzales*, 427 F.3d 586, 592 (9th Cir. 2005) (requiring an affirmative act of assistance or encouragement in order to establish alien smuggling).

Gomez De Arenas' claim under 8 C.F.R. § 287.3(c) is unavailing.

**PETITION FOR REVIEW DENIED.**

08-72752